UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00450

———

**James Fontenot et al.,**
*Plaintiffs,*

v.

**Whitehouse Independent School District,**
*Defendant.*

———

# ORDER

Plaintiffs sued defendant for violations of 42 U.S.C. § 1983, the Americans with Disabilities Act, the Individuals with Disabilities Education Act, and other federal statutes. Doc. 1. The case was referred to a magistrate judge. Doc. 5. After defendant moved for summary judgment, plaintiffs moved to dismiss the case with prejudice. Docs. 34; 38. The magistrate judge issued a report recommending that the motion be granted and that plaintiffs' case be dismissed with prejudice. Doc. 39. No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiffs' motion to dismiss (Doc. 38) is granted, and this case is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on August 3, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -